**Order issued November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-15-00089-CR**
**No. 05-15-00090-CR**

---

**DEREK LYNN JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Bridges, Lang-Miers, and Schenck

Based on the Court's opinion of this date, we **GRANT** the August 25, 2015 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Derek Lynn Jeffery, Bookin No. 14034624, North Tower - 7E09, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE